1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

6

* * *

7

BRANDON ORR,

Case No. 2:19-cv-01011-KJD-BNW

8

           Plaintiff,

9

**REPORT AND RECOMMENDATION**

   v.

10

JANICE PERRY, et al.,

11

           Defendants.

12
13

14      On June 24, 2019, the court entered an order requiring plaintiff Branon Orr to file a notice

15 with his current address so the court can communicate with him regarding his case.  (Order (ECF

16 No. 5).)  Plaintiff's deadline for doing so was July 24, 2019.  (*Id.*)  Plaintiff was advised that

17 failure to comply with the order would result in a recommendation that his case be dismissed.

18 (*Id.*)  The court's order was returned as undeliverable.  (Mail Returned as Undeliverable (ECF

19 No. 6).)  Plaintiff has not taken any action in this case since the court's order dated June 24, 2019,

20 and he therefore appears to have abandoned this case.

21      IT IS THEREFORE RECOMMENDED that plaintiff Brandon Orr's case be dismissed

22 without prejudice.

23                         **<u>NOTICE</u>**

24      This report and recommendation is submitted to the United States district judge assigned

25 to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation

26 may file a written objection supported by points and authorities within fourteen days of being

27 served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely

28

1    objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d

2    1153, 1157 (9th Cir. 1991).

3        DATED: September 6, 2019

4

5                                                 BRENDA WEKSLER

6                                                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28