UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BRANDON ORR, | Case No. 2:19-cv-1011-KJD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JANICE PERRY, *et al.*, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Weksler's Report and Recommendation (ECF No. 7), recommending that plaintiff Brandon Orr's complaint be dismissed without prejudice for failure to respond to the Court's order to update his contact information. Though the time for doing so has passed, Orr has not filed any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 363(b)(1) and LR IB 3-2 and determines that the Report and Recommendation (ECF No. 7) should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 7) is **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that plaintiff Brandon Orr's complaint is **DISMISSED without prejudice**. All other outstanding motions are **DIMISSED as moot**.

Dated this 17th day of October, 2019.

Kent J. Dawson
United States District Judge